**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

1

2 | **UNITED STATES OF AMERICA,**
          **Plaintiff,**              **Case No. CR05-5797RBL**

3          **v.**                      **DETENTION ORDER**
  | **GLENN ROBERT LUND,**

4                  **Defendant.**

5

6          THE COURT, having conducted a detention hearing pursuant to 18 U.S.C. §3142, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

7

8          This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would

9 impose to any person or the community.

10                          *Findings of Fact/ Statement of Reasons for Detention*

11 <u>Presumptive Reasons/Unrebutted:</u>
   ( )     **Conviction of a Federal offense involving a crime of violence. 18 U.S.C.§3142(f)(A)**
12 ( )     **Potential maximum sentence of life imprisonment or death.  18 U.S.C.§3142(f)(B)**
   (X )    **Potential maximum sentence of 10+ years as prescribed in the Controlled Substances Act (21 U.S.C.§801 et seq.), the**
13         **Controlled  Substances Import and Export Act (21 U.S.C.§951 et seq.) Or the Maritime Drug Law Enforcement Act (46**
           **U.S.C. App. 1901 et seq.)**
14 ( )     **Convictions of two or more offenses described in subparagraphs (A) through (C) of 18 U.S.C.§3142(f)(1) of two or more**
           **State or local offenses that would have been offenses described in said subparagraphs if a circumstance giving rise to**
15         **Federal jurisdiction had existed, or a combination of such offenses.**

16 <u>Safety Reasons:</u>
   ( )     **Defendant is currently on probation/supervision resulting from a prior offense.**
17 ( )     **Defendant was on bond on other charges at time of alleged occurrences herein.**
   (X )    **Defendant's prior criminal history.**
18 (X )    **ions regarding ammunition, drugs, and cash discovered at time of arrest.**

19 <u>Flight Risk/Appearance Reasons:</u>
   (x )    **Defendant's lack of stable community ties and resources..**
20 ( )     **Immigration and Customs Enforcement detainer.**
   ( )     **Detainer(s)/Warrant(s) from other jurisdictions.**
21 ( )     **Failures to appear for past court proceedings.**
   ( )     **Past conviction for escape.**
22                          *Order of Detention*

23 ▸     **The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility**
         **separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal,**
24       **without prejudice to review..**
   ▸     **The defendant shall be afforded reasonable opportunity for private consultation with counsel.**
25 ▸     **The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered**
         **to a United States marshal for the purpose of an appearance in connection with a court proceeding.**

26                          **March 24, 2006.**

27
                          *s/    J. Kelley Arnold*
28                          **J. Kelley Arnold, U.S. Magistrate Judge**

**DETENTION ORDER**
**Page - 1**